IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| YOSVANYS BARRERA GIRON, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-03916-FB |
| | § | |
| WARDEN, Karnes County Immigration | § | |
| Processing Center, *et al.*, | § | |
| | § | |
| *Respondents.* | § | |

## <u>ORDER OF DISMISSAL AND JUDGMENT</u>

Before the Court is Petitioner Yosvanys Barrera Giron's  ("Petitioner") Petition for Writ of Habeas Corpus ("Second Petition") (ECF No. 1), seeking release from Respondents' custody.  On June 24, 2026, this Court entered an Amended Judgment releasing Petitioner from Respondents' custody in Petitioner's first-filed petition.  *See Yosvanys Barrera Giron v. Warden, Karnes County Immigration Processing Center, et al.*, Civil Action No. SA-26-CV-01826-FB (ECF No. 18) (W.D. Tex. June 24, 2026).  Accordingly, Petitioner's Second Petition (ECF No. 1) can be dismissed as moot.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that this Petition for Writ of Habeas Corpus (ECF No. 1) is DISMISSED as MOOT.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 26th day of June, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE